FILED
Oct 19 2006
12:10 PM
US Bankruptcy Court
Western District Of Oklahoma

AMC MORTGAGE
P.O. BOX 11000
SANTA ANA CA 92711


AMERICAN GENERAL
1125 S.W. 59TH
OKLAHOMA CITY OK 73109


ASC MORTGAGE
P.O. BOX 10388
DES MOINES IA 50306


BANK 2
909 SOUTH MERIDIAN
OKLAHOMA CITY OK 73108


BANK OF AMERICA
P.O. BOX 31681
TAMPA FL 33631-3681


BANK OF AMERICA
P.O. BOX 1038
NORFOLK VA 23501


BEST BUY RETAIL SERVICES
P.O. BOX 15521
WILMINGTON DE 19850-5521


CANADIAN STATE BANK
P.O. BOX 851520
YUKON OK 73085


CAPITAL ONE
P.O. BOX 85015
RICHMOND VA 23285-5015

CHASE HOME MORTGAGE
P.O. BOX 78420
PHOENIX AZ 85062


DILLARDS
P.O. BOX 981430
EL PASO TX 79998


FIRST AMERICAN BANK
P.O. BOX 1228
ERICK OK 73645


FIRST CAPITAL
P.O. BOX 5961
GUTHRIE OK 73044


FORD MOTOR CREDIT
P.O. BOX 219825
KANSAS CITY MO 64121-9825


FRONTIER STATE BANK
P.O. BOX 95329
OKLAHOMA CITY OK 73143


GE MONEY BANK
P.O. BOX 960061
ORLANDO FL 32896-0061


STATE FARM BANK
P.O. BOX 5961
MADISON WI 53705-0961


UNIVERSAL CARD
P.O. BOX 183037
COLUMBUS OH 43218

```
WASHINGTON MUTUAL
P.O. BOX 79024
PHOENIX AZ 85062


WELLS FARGO
PO BOX 98798
LAS VEGAS NV 89193
```