# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 06-12754 NLJ
**Case Name:** MCCORNACK, KURK RYAN
McCORNACK, HEATHER D.
**Period Ending:** 09/30/08

**Trustee:** (560090)   John Mashburn
**Filed (f) or Converted (c):** 10/23/06 (f)
**§341(a) Meeting Date:** 11/28/06
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1520 SW 37TH, OKC | 52,302.00 | 4,302.00 | DA | 0.00 | FA |
| 2 | 2112 STEVENS DR., OKC | 75,000.00 | 5,000.00 | DA | 0.00 | FA |
| 3 | 2027 NW 16TH, OKC | 79,908.00 | 4,908.00 | DA | 0.00 | FA |
| 4 | 1011 NW 31ST, OKC | 58,765.00 | 3,765.00 | DA | 0.00 | FA |
| 5 | 3508 SW 41ST, OKC | 36,275.00 | 18,250.04 | DA | 0.00 | FA |
| 6 | 518 N. MARSHALL DR., OKC | 10,000.00 | 5,500.00 | DA | 0.00 | FA |
| 7 | 3313 S. GOFF, OKC | 30,000.00 | 6,892.49 | DA | 0.00 | FA |
| 8 | 4008 RANCHO DR., OKC | 71,407.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2840 SW 52ND, OKC | 68,468.00 | 19,344.11 | DA | 0.00 | FA |
| 10 | 3224 S. SAINT CLAIR AVENUE, OKC | 37,234.00 | 16,137.41 | DA | 0.00 | FA |
| 11 | 1912 NW 40TH, OKC | 69,098.00 | 9,098.00 | DA | 0.00 | FA |
| 12 | 3625 S. INDEPENDENCE, OKC | 35,150.00 | 5,150.00 | DA | 0.00 | FA |
| 13 | 14801 REMINGTON WAY, OKC | 319,834.00 | 0.00 | DA | 0.00 | FA |
| 14 | 3421 S. GOFF, OKC | 30,916.00 | 916.00 | DA | 0.00 | FA |
| 15 | 3305 S. GOFF, OKC | 33,344.00 | 3,344.00 | DA | 0.00 | FA |
| 16 | 3509 S. SAINT CLAIR AVENUE, OKC | 33,543.00 | 1,543.00 | DA | 0.00 | FA |
| 17 | 7001 NW 21ST STREET, OKC | 93,544.00 | 24,317.19 | DA | 0.00 | FA |

Page: 2

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-12754 NLJ  
**Case Name:** MCCORNACK, KURK RYAN  
McCORNACK, HEATHER D.  
**Period Ending:** 09/30/08  

**Trustee:** (560090)    John Mashburn  
**Filed (f) or Converted (c):** 10/23/06 (f)  
**§341(a) Meeting Date:** 11/28/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 2821 SW 35TH, OKC | 42,000.00 | 6,000.00 | DA | 0.00 | FA |
| 19 | 3309 S. GOFF, OKC | 33,543.00 | 3,543.00 | DA | 0.00 | FA |
| 20 | 709 TAYLOR NW, PIEDMONT | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | 2420 SW 99TH, OKC | 90,655.00 | 15,655.00 | DA | 0.00 | FA |
| 22 | 2229 HICKORY LANE, KINGSTON | 155,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2632 SW 38TH, OKC | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | MECU CHECKING | 200.00 | 0.00 | DA | 0.00 | FA |
| 25 | BANK 7 BUSINESS CHECKING ACCOUNT | 100.00 | 100.00 | DA | 0.00 | FA |
| 26 | COUCH, LOVESEAT, CHINA CABINET, DINING TABLE, CO | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | CDS AND DVDS | 100.00 | 100.00 | DA | 0.00 | FA |
| 28 | BASIC CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| 29 | WEDDING RING | 500.00 | 0.00 | DA | 0.00 | FA |
| 30 | 457 PLAN THROUGH EMPLOYER | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 31 | INFINITY LLC | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 32 | DMC MANAGEMENT LLC | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 33 | 2000 FORD F-250 XLT | 10,775.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 06-12754 NLJ  
**Case Name:** MCCORNACK, KURK RYAN  
McCORNACK, HEATHER D.  
**Period Ending:** 09/30/08  

**Trustee:** (560090)    John Mashburn  
**Filed (f) or Converted (c):** 10/23/06 (f)  
**§341(a) Meeting Date:** 11/28/06  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | 2002 FORD EXCURSION LIMITED | 13,250.00 | 0.00 | DA | 0.00 | FA |
| 35 | 2006 FORD F-350 LARIAT | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 36 | 2002 32' GOOSENECK TRAILER | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 37 | 2 2005 SEA DOOS 6TX | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 38 | 2002 HARLEY DAVIDSON | 13,500.00 | 7,500.00 | DA | 0.00 | FA |
| 39 | HAND AND POWER TOOLS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 40 | 06 FEDERAL Tax Return  (u)<br>80% of FEDERAL Tax Return | 8,180.00 | 8,180.00 | | 0.00 | 8,180.00 |
| 41 | 06 STATE Tax Return  (u)<br>80% of State Tax Return | 2,848.80 | 2,848.80 | | 0.00 | 2,848.80 |
| 41 | **Assets**    **Totals** (Excluding unknown values) | **$1,682,989.80** | **$190,394.04** | | **$0.00** | **$11,028.80** |

**Major Activities Affecting Case Closing:**

4/30/07 - Investigated multiple pieces of real property and possible equity; None appear to have equity at this time.

6/7/07 - Receipt of federal and state tax returns for 06; Estate's portion of refunds due is $11,028.80; Demand letter to debtor and counsel.

08/30/07 - Drafting Motion for Turnover

9/04/07 - Motion to Turnover Proper with Brief in Support filed

9/04/07 - RR Notice of Appearance and Tax Deed

9/10/07 - RR Notice of Tax Deed Sale. Research of law and memo to file

11/27/07 - submitted order on turnover motion.

Printed: 11/14/2008 12:58 PM    V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| Case Number: | 06-12754 NLJ | Trustee: | (560090) John Mashburn |
| --- | --- | --- | --- |
| Case Name: | MCCORNACK, KURK RYAN | Filed (f) or Converted (c): | 10/23/06 (f) |
| | McCORNACK, HEATHER D. | §341(a) Meeting Date: | 11/28/06 |
| Period Ending: | 09/30/08 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

1/7/08 - 2nd reminder call to attorney for debtors re turnover of funds. Left Message. Drafting adversary complaint.
1/14/08 - Filed Adversary Complaint, Issued Summons
1/14/08 - Filed Deferral of Filing Fee
3/07/08 - Drafted Application for Default Judgement, Affidavit for D.J. and Motion for Default Judgment
4/04/08- Filed Application for D.J., Affidavit fro D.J. and Motin for Default Judgment
8/26/08 - Have Default Judgment Now for $11, 028.80 - Forwarded to Brett Agee for collection action.
11/14/08 - Still collecting judgment.

**Initial Projected Date Of Final Report (TFR):** December 15, 2007    **Current Projected Date Of Final Report (TFR):** June 30, 2009